

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VICTOR GARCIA and NATALIE CHARLES, | § | No. 08-24-00366-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 2 |
| v. | | |
| | § | of Travis County, Texas |
| SREIT TRAVESIA, LP D/B/A CENTURY TRAVESIA, | § | (TC#C-1-CV-24-004160) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and order that this decision to be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF DECEMBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.